1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

17

DISTRICT OF NEVADA

18

| MYRNA HUERTA, individually and on behalf of others similarly situated, | Case No. 2:07-cv-00299-LRH-GWF |

19

|     Plaintiff, | **ORDER GRANTING THE PARTIES JOINT MOTION TO STAY** |

20

| vs. | **PROCEEDINGS PENDING A TRANSFER DECISION BY THE** |

21

| BP PRODUCTS NORTH AMERICA, INC.; FLYING J, INC.; PETRO STOPPING | **JUDICIAL PANEL ON MULTIDISTRICT** |

22

| CENTERS, L.P.; and PILOT TRAVEL CENTERS LLC, | **LITIGATION** |

23

|     Defendants. | |

24

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

317156_1 14597.1

1    For good cause shown, it is hereby ordered that this case shall be, and hereby is, stayed

2  pending a ruling by the Judicial Panel on Multidistrict Litigation on the motion to transfer this

3  case.  Plaintiff may amend her Complaint during the stay period, although no responses to such

4  an amended complaint would be due during the stay period.

5

6                          IT IS SO ORDERED.

7

8

9                          _____

10                         LARRY R. HICKS
                           UNITED STATES DISTRICT JUDGE
11
                           DATED:  April 11, 2007.
12

13

14

15

16

17

18

19

20

21

22

23

24

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

317156_1 14597.1

Page 2 of 2